**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN EDGAR, also known as Norman J. Craig,<br><br>Petitioner,<br><br>v.<br><br>JOHN DAGOSTINI, et al.,<br><br>Respondents. | No. 2:21-CV-1534-DMC-P<br><br>ORDER |

   Petitioner, a pre-trial detainee proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is Petitioner's motion, ECF No. 7, for leave to file a second amended petition.

   This case was initiated with a petition filed on August 26, 2021. Petitioner then filed a first amended petition as of right pursuant to Federal Rule of Civil Procedure 15 on September 15, 2021. Plaintiff now seeks leave to file a second amended petition to add a third claim for relief. See ECF No. 7. The Court has not yet ordered service on Respondents.

   Good cause appearing therefor, Petitioner's motion for leave to file a second amended petition is granted. Petitioner is cautioned that, should he fail to file a second amended petition within the time permitted, the action will proceed on the first amended petition filed on September 15, 2021. In that event, and to the extent Petitioner may still wish to add additional

claims, he will be required to file a renewed motion for leave to amend along with a proposed amended petition or, if Respondent's have appeared in the action, a stipulation to file an amended petition. See Fed. R. Civ. P. 15.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion, ECF No. 7, for leave to file a second amended petition is granted; and

2. Petitioner may file a second amended petition within 30 days of the date of this order.

Dated: October 13, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE